**Electronically Filed
Supreme Court
SCWC-19-0000428
17-DEC-2020
04:21 PM
Dkt. 7 ODAC**

SCWC-19-0000428

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

WILSON KENZO KOIKE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000428; CASE NO. 1CPC-18-0000250)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Eddins, assigned by reason of vacancy)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari filed on November 2, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

